# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, BOARD OF TRUSTEES, INTERNATIONAL TRAINING INSTITUTE FOR THE SHEET METAL AND AIR CONDITIONING INDUSTRY, BOARD OF TRUSTEES, SHEET METAL WORKERS' INTERNAITONAL ASSOCATION SCHOLARSHIP FUND BOARD OF TRUSTEES, SHEET METAL OCCUPATIONAL HEALTH INSTUTE TRUST, and the BOARD OF TRUSTEES, NATIONAL ENERGY MANAGEMENT INSTITUTE COMMITTEE, <br><br>        Plaintiffs, <br><br>   v. <br><br>THE GEILER COMPANY, LLC, <br><br>        Defendant. | Civil Action No. 1:24-cv-908-LMB-WEF |

## **DISCLOSURE OF CORPORATE INTEREST**

Defendant The Geiler Company, LLC ("Defendant") respectfully submits this Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1.

Defendant's parent company is RESTBADA LLC. No publicly held corporation owns 10% or more of RESTBADA LLC or Defendant's stock.

|                          | Respectfully Submitted, |
|--------------------------|-------------------------|
| Dated: July 19, 2024 | By: */s/ Bradley C. Tobias* |

Bradley C. Tobias (VSB No. 88046)
LITTLER MENDELSON, P.C.
815 Connecticut Avenue, NW
Suite 400
Washington, DC 20006
202.842.3400 Telephone
202.842.0011 Facsimile
btobias@littler.com

Sarah Bryan Fask (*pro hac vice* pending)
Littler Mendelson, P.C.
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102
267.402.3000 Telephone
267.402.3131 Facsimile
Email: sfask@littler.com

*Attorneys for Defendant The Geiler Company, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2024, I electronically filed the foregoing Answer with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Bradley C. Tobias
Bradley C. Tobias